JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON MARRERO, | NO. SA CV 12-1588 FMO (MLGx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| MERIDIAN FORECLOSURE SERVICE, | |
| Defendant. | |

On February 4, 2013, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than February 11, 2013.  As of the filing date of this Order, no response has been filed to the court's Order to Show Cause.  Accordingly, IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41.

Dated this 12th day of February, 2013.

/s/
Fernando M. Olguin
United States District Judge